**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2097**

———————

STEVEN A. ROEBUCK,

                               Plaintiff - Appellant,

    versus

UNITED STATES OF AMERICA,

                               Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-384-5-BO)

———————

Submitted: November 18, 1999      Decided: November 23, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven A. Roebuck, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina; Robert J. Branman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven A. Roebuck appeals from the district court's order granting summary judgment to the United States on his action brought pursuant to 26 U.S.C. § 7431 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roebuck v. United States, No. CA-98-384-5-BO (E.D.N.C. June 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED